# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBALL AUSTIN SACHS,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 84243

**FILED**

MAR 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "omninus [sic] finidngs [sic] of fact, conclusions of law, and decision on pre-trial motions." Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 9
       Kimball Austin Sachs
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-06768